DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JENE VELASCO,**
Appellant,

v.

**DONALD C. SOLLEY, III,**
Appellee.

No. 4D22-2494

[April 5, 2023]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura C. Burkhart, Judge; L.T. Case No. 50-2021-DR-007660-XXXX-SBFY.

Jennifer A. Patti and Joshua K. Friedman of Brodie & Friedman, P.A., Boca Raton, for appellant.

Scott J. Edwards of Scott J. Edwards, P.A., Boca Raton, and Scott Weiss of Weiner & Weiss, LLC, Boca Raton, for appellee.

PER CURIAM.

Jene Velasco, the mother in a paternity case, appeals a nonfinal order on temporary child support, timesharing, and legal fees. We reverse and remand the portion of the order awarding child support to Donald Solley, the father, because the trial court mathematically erred in calculating support. We affirm on all other issues without comment.

The child support guidelines are the starting point for determining temporary support, just as they are for final support orders. *Elias v. Elias*, 168 So. 3d 301, 301 (Fla. 4th DCA 2015) (citations omitted).

The guidelines first require the trial court to calculate the parties' gross monthly incomes. § 61.30(2), Fla. Stat. (2022). Net monthly income for each parent is then determined by subtracting statutory deductions from gross income. § 61.30(3)-(4), Fla. Stat. (2022). After arriving at a combined net monthly income, and applying that figure to the guidelines schedule, the trial court determines each parent's percentage share of the child

support need "by dividing each parent's net monthly income by the combined net monthly income." § 61.30(9), Fla. Stat. (2022).

Here, the support guidelines worksheet attached to the trial court's temporary relief order fails to subtract allowable deductions from the mother's gross monthly income. It is reversable error to calculate child support using gross income, as opposed to net income. *McKenzie v. McKenzie*, 254 So. 3d 993, 995 (Fla. 4th DCA 2018). The father concedes error on this issue.

We therefore reverse and remand with instructions for the trial court to determine temporary child support based on the parties' net incomes.

*Reversed and remanded with instructions.*

KLINGENSMITH, C.J., MAY and CIKLIN, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***